THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, *v.* ALVIN J. BELDEN et al., Respondents.

*United States Fidelity & Guaranty Co.* v. *Belden*, 129 App. Div. 936, affirmed.
(Argued February 24, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 20, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a

Trial Term without a jury in an action to recover amounts which plaintiff was compelled to pay in satisfaction of certain judgments against defendants by reason of its having become surety upon defendants' bond on appeal therefrom.

*C. G. Baldwin* for appellant.

*Leonard C. Crouch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Haight, Werner, Willard Bartlett and Chase, JJ. Not sitting: Vann, J.